PETITIONS FOR WRITS OF CERTIORARI GRANTED, FROM OCTOBER 4, 1920, TO AND INCLUDING JANUARY 24, 1921.

No. 333. HERBERT L. HILDRETH *v.* JIM M. MASTORAS. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. George P. Dike* and *Mr. Frederic D. McKenney* for petitioner. *Mr. Joseph L. Atkins* for respondent.

No. 371. FIRST NATIONAL BANK OF JASPER, FLORIDA,*v.* STATE BANK OF ROME, GEORGIA; AND

No. 372. FIRST NATIONAL BANK OF JASPER, FLORIDA, *v.* FIRST NATIONAL BANK OF ROME, GEORGIA. October 11, 1920. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. William Wade Hampton* for petitioner. *Mr. Henry C. Clark* for respondents.

No. 383. THE BANK OF JASPER *v.* FIRST NATIONAL BANK OF ROME, GEORGIA; AND

No. 384. THE BANK OF JASPER *v.* STATE BANK OF ROME, GEORGIA. October 11, 1920. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. F. P. Fleming* for petitioner. *Mr. Henry C. Clark* for respondents.

No. 387. GERTRUDE M. REED, ADMINISTRATRIX, ETC. *v.* DIRECTOR GENERAL OF RAILROADS, UNITED STATES

RAILROAD ADMINISTRATION, OPERATING PHILADELPHIA & READING RAILROAD. October 11, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania granted. *Mr. Frederick S. Tyler* for petitioner. *Mr. William Clarke Mason* for respondent.